IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVE A. FREMPONG, et al.,<br>*Plaintiffs*<br><br>v.<br><br>THE SHERIFF OF PHILADELPHIA, et al.,<br>*Defendants* | CIVIL ACTION<br><br>NO. 24-1064 |
|---|---|

## ORDER

**AND NOW**, this **1st day** of **August, 2024**, after reviewing Defendant's Motion to Dismiss, ECF 8, and Plaintiffs' Response, ECF 10, Defendant's Motion is **GRANTED without prefudice and with the opportunity for Plaintiff to amend within fourteen (14) days**.

BY THE COURT:

*S/Michael M. Baylson*
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1064 Frempong v Sheriff of Phila\24cv1064 Order re MTD.doc

**Copies ecf _____ to:**          Copies mailed **08-01-2024** to:
                                          Steve A. Frempong, pro-se plaintiff
                                          Agnes Frempong, pro-se plaintiff