IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| STEVE A. FREMPONG and AGNES FREMPONG,<br>*Plaintiffs*,<br><br>v.<br><br>**THE SHERIFF OF PHILADELPHIA and G.V. HOMES INC.,**<br>*Defendants*. | CIVIL ACTION<br>NO. 24-1064 |
|---|---|

# ORDER

AND NOW, this 29th day of October, 2024, after reviewing Defendant Sheriff of Philadelphia's Motion to Dismiss, ECF 17, and Plaintiffs' Response, ECF 21, it is hereby **ORDERED** that Defendant's Motion is **GRANTED with prejudice**. The Clerk of Court is ordered to close this case.

BY THE COURT:

s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-1064 Frempong v Sheriff of Phila\24-1064 Order re Second Motion to Dismiss.doc